■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY BROWN, Appellant. [635 NYS2d 565] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093,

*lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Assault, 2nd Degree.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.